UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JENNIFER RUIZ, GOLDIE PIERRE,
VISITACION SORIANO MACATUGGAL,
RACQUIA SHATELLE ALINA DEACON,

        Plaintiffs,

v.

CERTIFIED HEALTH CARE SERVICES, INC.
D/B/A IHOME HEALTH CARE SERVICES,
LIDIA P. KIRITCHENKO,

        Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, JENNIFER RUIZ, GOLDIE PIERRE, VISITACION SORIANO MACATUGGAL, and RACQUIA SHATELLE ALINA DEACON bring this action against Defendants, CERTIFIED HEALTH CARE SERVICES, INC. D/B/A IHOME HEALTH CARE SERVICES and LIDIA P. KIRITCHENKO, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiffs JENNIFER RUIZ, GOLDIE PIERRE, VISITACION SORIANO MACATUGGAL, and RACQUIA SHATELLE ALINA DEACON were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3. At all times material hereto, Plaintiffs GOLDIE PIERRE, VISITACION SORIANO MACATUGGAL, AND RACQUIA SHATELLE ALINA DEACON were employees in the

domestic service of a household and performing a variety of household services as defined by the FLSA under 29 U.S.C. § 202.

4. At all times material hereto, Plaintiffs JENNIFER RUIZ, GOLDIE PIERRE, VISITACION SORIANO MACATUGGAL, and RACQUIA SHATELLE ALINA DEACON engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA.

5. At all times material hereto, Defendant, CERTIFIED HEALTH CARE SERVICES, INC. D/B/A IHOME HEALTH CARE SERVICES, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of home health and medical care services, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

6. Defendant, LIDIA P. KIRITCHENKO, is a resident of Miami-Dade County, Florida and was, and now is, a manager of Defendant, LIDIA P. KIRITCHENKO, controlled Plaintiffs' duties, hours worked, and compensation, and managed the day-to-day operations of LIDIA P. KIRITCHENKO. Accordingly, LIDIA P. KIRITCHENKO was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

7. Two or more of Defendants' employees handled tools, supplies, and equipment manfuactured outside Florida in furthernace of their business including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

8. Plaintiff JENNIFER RUIZ worked for Defendants as an administrator.

9. Plaintiff GOLDIE PIERRE worked for Defendants as a licensed practical nurse.

10. Plaintiff VISITACION SORIANO MACATUGGAL worked for Defendants as a home health aide.

11. Plaintiff RACQUIA SHATELLE ALINA DEACON worked for Defendants as a home health aide.

12. Defendants failed to pay Plaintiff JENNIFER RUIZ's full and proper overtime wages of 1.5 times her regular hourly rate for hours worked over 40 each week.

13. Defendants failed to pay Plaintiffs JENNIFER RUIZ, GOLDIE PIERRE, VISITACION SORIANO MACATUGGAL, and RACQUIA SHATELLE ALINA DEACON their full and proper minimum wages for hours worked.

14. Defendants paid Plaintiffs JENNIFER RUIZ, VISITACION SORIANO MACATUGGAL, and RACQUIA SHATELLE ALINA DEACON some of their wages late.

15. Attached as Exhibit A, Exhibit B, Exhibit C, and Exhibit D are preliminary calculations of Plaintiffs' claims. These amounts may change as Plaintiffs engage in the discovery process.

16. Defendants knowingly and willfully refused to pay Plaintiffs' legally-entitled wages.

17. Plaintiffs complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

18. Plaintiffs retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

19. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-18 above as if set forth herein in full.

20. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) unpaid minimum wages;[1] (ii) time-and-a-half overtime pay,[2] and (iii) liquidated damages[1] pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

21. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

---

[1] As to Plaintiffs JENNIFER RUIZ, GOLDIE PIERRE, VISITACION SORIANO MACATUGGAL, and RACQUIA SHATELLE ALINA DEACON.
[2] As to Plaintiff JENNIFER RUIZ.